# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                          Bankruptcy Case No.: 23–10153–LSS
Independent Pet Partners Holdings, LLC
    Debtor                                      Bankruptcy Chapter:  11
_____

Steven Balasiano

    Plaintiff                                   Adv. Proc. No.:  25–50071–LSS

    vs.

Rocket Clicks

    Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: Rocket Clicks

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 1/30/26                                      By:  Brandon J. McCarthy Deputy Clerk

(VAN–431)