# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Independent Pet Partners Holdings, LLC
    Debtor

Bankruptcy Case No.: 23–10153–LSS

Bankruptcy Chapter:  11

_____

Steven Balasiano

    Plaintiff

    vs.

Rocket Clicks

    Defendant(s)

Adv. Proc. No.:  25–50071–LSS

### JUDGMENT BY DEFAULT

On 1/29/2026 default was entered against defendant(s) Rocket Clicks The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Rocket Clicks in the amount of $45598.85 plus court filing costs in the amount of $350.00

Date: 1/30/26

Stephen L Grant, Clerk of Court

(VAN–433b)